UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELANIE SCHWARTZ,<br><br>                                        Plaintiff,<br>              -v-<br><br>MODEXTIL, et al.,<br><br>                                        Defendants. | 19 Civ. 10675 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      Because this case has been automatically referred to mediation, Dkt. 8, the initial pre-trial conference scheduled for February 6, 2019 is adjourned. The parties are to file a letter outlining the status of the case and the effectiveness of mediation immediately upon conclusion of the mediation. If an initial pre-trial conference is still necessary, the Court will schedule the conference at that point.

      SO ORDERED.

                                                                            PAUL A. ENGELMAYER<br>
                                                                            United States District Judge

Dated: December 18, 2019<br>
           New York, New York